AFFIDAVIT OF
RELATING TO SEXUAL ASSAULT

I, T. Harper, make this statement under the pains and penalty of perjury.

Almost 20 years ago I had a summer internship in the Northeast. Like most of the college students in the area during the summer, we would spend our weekends in New York City. There was nothing like the summer in New York. You could literally fall in love with New York City during the summer, and forget why you were there during the brutal winters. The food was amazing, the parties were phenomenal, and most of the people I met were really nice. That summer, I would meet someone who would be the first person to sexually assault and violate me.

There was a group of us that went to a restaurant in the City one evening. There was a decent size group and we were all introduced to each other. I didn't know who this guy was when I was introduced to him. He was rude, standoffish and it wasn't a big deal to me because I had never met him before. Others seemed to fawn over him, but I had not been impressed. He was pretty much a jerk at first sight, or maybe that was a part of his plan from the beginning, because he would totally catch me off guard just a few hours later.

After about an hour of eating and chatting, our group was invited to a penthouse/condo back in New Jersey. It was in the area called the Palisades. The scenery was beautiful and so was the building. There were several people there just hanging and having a good time at his penthouse/condo. His name didn't roll off of the tongue on a regular basis with anyone that I knew. I more so had heard about who his partner was. Nothing seemed out of order at the party. Everyone genuinely was having a good time.

Back to the penthouse/condo, people are dancing, eating and drinking. A couple of our friends had been talking with the Host. At some point a friend of mine called my name to come from the living room/dancing room into what seemed to be the master suite on the same level.

I came to the back and was shocked to see the Host barely dressed at this point, in a towel. The Host approached me talking sexually. As he got closer, he took his towel off and began to play with his penis. I told him I was not interested in having sex. The friend who called me to the back, was nowhere to be found.

I turned to walk away and he grabbed me and threw me down onto the bed. I started to scream and tell him no, begging him to please stop. He aggressively forced down my pants and panties. I'm thinking… so this is what rape is. It happened so quickly. However, I'm still fighting and kicking. Music is turned up in the other room. As he attempted to penetrate me with his penis, he was unable to as I clenched my vagina, tightened my legs, and continued to fight. He then stuck his fingers inside of my vagina. I begged him to please stop. Somehow, I got enough strength to kick him near his groin and run out of the master suite. I then ran to a nearby bathroom and got myself together as I was in total shock and disbelief. I had never had anyone pull my pants and panties down, stick their fingers inside of me and violate me.

1

So many things went through my head. This man is allegedly famous and rich. No one will believe me. Why would he want to rape me?

I told a friend of mine what happened and I needed to get out of there. The Host came and found me and I was shaking in the bathroom. He rubbed my face and said, now you're not going to tell anyone about this are you? I just looked at him, shook my head no and said I wanted to leave. I was scared, confused and I did not go to the police or press charges. I talked myself out of it for years. That part I regret.

I saw him again at a club in Chelsea in the VIP lounge not long after. For a split second, I thought about taking a champagne bottle and cracking him in the head with it. I had the chance, I was standing right there. But then I thought, I would get arrested and no one would believe my story, so I didn't split his skull, but I wanted to hurt him the way he had hurt me. It took years of therapy for me to accept that I did the right thing in Chelsea that night.

Later I would read that he raped a model. I believed it was true without reading the details. I knew that the only reason that he did not put his penis inside of me that night in the Palisades is because I fought back. Had I not, he would have continued forcing himself on me.

A few years passed by and I couldn't understand how he ended up with his then girlfriend. She was quite angelic. It would be years before the world found out that she herself had been a victim to someone else's predatory behavior.

All predators and sexual assaulters are not white rich men. Predators and sexual assaulters can be anyone of any gender, race, etc.

I have been angry at myself for years. I thought that if I would have pressed charges against him that night, maybe I could have protected others. Why didn't someone warn me? I thought watching his fall from grace over the years would be enough for me. It has not been.

The Host, my sexual assaulter is Black. My Harvey Weinstein is Damon Dash. I don't want money and it's too late to file criminal charges. I do want the world to know that Damon Dash is a rapist.

*J. Harper*
T. Harper
Signed under the pains and penalty of perjury
December 3, 2019

[Notary seal: NECITAS G ANDERSON, NOTARY PUBLIC, Exp. Sept. 11, 2023, COWETA COUNTY, GA]

12-03-19