USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE BUNN,

                          Plaintiff,

          -against-

DAMON ANTHONY DASH, DAMON
DASH STUDIOS, POPPINGTON LLC, and
RAQUEL HORN,

                          Defendants.

1:19-cv-11804 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On review of the filings in this case, the Court has identified issues that the parties must address before any further proceedings take place.  This Court has a responsibility "to inquire as to subject matter jurisdiction and satisfy itself that such jurisdiction exists." *Da Silva v. Kinsho Int'l Corp.*, 229 F.3d 358, 361-62 (2d Cir. 2000).  For diversity purposes, the citizenship of an LLC depends on the citizenship of its members.  *See Handelsman v. Bedford Village Assoc. Ltd. P'ship*, 213 F.3d 48, 51 (2d Cir.2000).  Plaintiff's Complaint [ECF #8] alleges that Defendant Poppington LLC "is a New York limited liability company," [*id.* ¶ 6] but it does not allege the citizenship of all of its members.  The allegation with respect to Defendant Damon Dash Studios is similarly defective.  [*Id.* ¶ 6]

Accordingly, IT IS HEREBY ORDERED that Plaintiff must file an amended complaint alleging membership of the entity Defendants and the state or states of citizenship of each member by May 4, 2020.  If Plaintiff is unable to properly and specifically plead the existence of subject matter jurisdiction, this action will be dismissed.

IT IS FURTHER ORDERED that the teleconference that was scheduled to take place on April 21, 2020 is adjourned *sine die*.

IT IS FURTHER ORDERED that, if Plaintiff files an amended pleading by May 4, 2020, Defendants shall file their contemplated motion to vacate the default and a memorandum of law, explaining why there is good cause under Federal Rules of Civil Procedure 55, by May 18, 2020. IT IS FURTHER ORDERED that Plaintiff shall respond by June 15, 2020, and Defendants shall reply by June 29, 2020.  The Court will determine whether to vacate the default or hold a default judgment hearing based on that briefing if, in the first instance, Plaintiff establishes the existence of subject matter jurisdiction.

**SO ORDERED.**

**Date: April 17, 2020**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**