1 | **Xavier R. Donaldson, Esq. (NY Bar Number 2713105)**
**Donaldson & Chilliest, LLP**
2 | **1825 Park Ave., Suite 1102**
**New York, NY 10035**
3 | **(212) 722-4900 ph**
**(212) 722-4966 fax**
4 | **XDonaldson@AOL.com (e-mail)**

5

6 | *Michael S. Traylor, Esq. (CA. SBN 136814)*
*Attorney Seeking Pro Hac Vice Admission*
*Traylor Law Office, PC*
7 | *8601 Lincoln Blvd. 180*
*Suite 525*
8 | *Los Angeles, CA. 90045*
*(310) 401-6610 ph*
9 | *(661) 480-1200 fax*

10 | **Attorneys for Specially Appearing**
**Defendants Damon Dash, Raquel Horn**
11 | **and Poppington, LLC (wrongfully named**
**as "Damon Dash Studios")**

12

13

14 | **THE UNITED STATES DISTRICT COURT**

15 | **FOR THE SOUTHERN DISTRICT OF NEW YORK**

16

17 | **MONIQUE BUNN** )     **Case No.  19-cv-11804 (JSR)**
)
18 |                **Plaintiff** )
)
19 |     **vs.** )     **DECLARATION OF RAQUEL HORN IN**
)     **SUPPORT OF SPECIALLY APPEARING**
20 | )     **DEFENDANTS' MOTION TO VACATE**
)     **DEFAULT, QUASH SERVICE AND**
21 | )     **DISMISS THE ACTION**
**DAMON A. DASH, ET AL.** )
22 | )
)
23 | )     DATE: APRIL 2, 2020
)     TIME: 3:00 P.M.
24 |                **Defendants.** )     PLACE: COURTROOM 18C
)     JUDGE: HON. MARY K. VYSKOCIL
25 | _____ )

26

27

28 |            **DECLARATION OF RAQUEL HORN IN SUPPORT OF**
**SPECIALLY APPEARING DEFENDANTS' MOTION TO**      1
**VACATE DEFAULT, QUASH SERVICE AND DISMISS THE ACTION**

DocuSign Envelope ID: 38FCA1A5-57A8-4C21-BE67-E01EC706F4DF

## DECLARATION OF RAQUEL HORN

I, Raquel Horn, do hereby declare, affirm and testify as to the following in connection with this matter:

1.  Damon Dash is the Chief Executive Officer of Poppington, LLC., a limited liability company with all of its current operations (and operations during the period of April 2019. No formal entity exists, known to the undersigned, with the name of Damon Dash Studios; however, Mr. Dash and Poppington refer to the moniker "Damon Dash Studios" in a variety of media. Mr. Dash has resided solely in the State of California for approximately eight (8) years.

2. I am the Managing Member of Poppington, LLC. and has resided solely in the State of California for approximately eight (8) years.

3.  I was not personally served with the pleadings in this manner, nor was substituted service made upon either of them.

4.  The address of 13547 Ventura Blvd, Suite 199, Sherman Oaks, CA. is not the physical address for the office of Poppington, LLC. my residence or Mr. Dash's residence.

DocuSign Envelope ID: 38FCA1A5-57A8-4C21-BE67-E01EC706F4DF

5.  Also, during the time of November 23, 2019 – January 6, 2020, Mr. Dash and Ms. Horn were traveling outside of the continental United States and had no access to the unmonitored mailbox service referenced in the preceding paragraph.

The foregoing is true and correct and based upon my personal knowledge. If called to testify, I would competently testify to the foregoing. I make this declaration under penalty or perjury of the laws of the State of California, the State of New York and the United States of America.

Dated this 3rd day of March, 2020 at Los Angeles, CA.

DocuSigned by:

*Raquel Horn*

863652B2725E409...

Raquel Horn
Declarant

**DECLARATION OF RAQUEL HORN IN SUPPORT OF
SPECIALLY APPEARING DEFENDANTS' MOTION TO
VACATE DEFAULT, QUASH SERVICE AND DISMISS THE ACTION**

3