Michael S. Traylor, Esq. (CA. SBN 136814)
Attorney Admitted Pro Hac Vice
Traylor Law Office, PC
8601 Lincoln Blvd. 180, Suite 525
Los Angeles, CA. 90045
 (310) 401-6610 ph
(661) 480-1200 fax

Xavier R. Donaldson, Esq. (NY Bar Number 2713105)
Donaldson & Chilliest, LLP
1825 Park Ave., Suite 1102
New York, NY 10035
(212) 722-4900 ph
(212) 722-4966 fax
XDonaldson@AOL.com (e-mail)


Attorneys for Specially Appearing
Defendants Damon Dash, Raquel Horn
and Poppington, LLC (wrongfully named
as "Damon Dash Studios")

## THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE BUNN | ) Case No.  19-cv-11804 (JSR) |
| | ) |
| | ) |
| | ) DECLARATION OF MICHAEL S. TRAYLOR |
| **Plaintiff** | ) IN SUPPORT OF DEFENDANTS DAMON |
| | ) DASH, RAQUEL HORN AND POPPINGTON, |
| | ) LLC'S JOINT/COMBINED MOTION FOR |
| vs. | ) RULE 11 SANCTIONS |
| | ) |
| | ) |
| DAMON A. DASH, ET AL. | ) DATE: |
| | ) TIME: |
| | ) PLACE: COURTROOM 18C |
| | ) JUDGE: HON. MARY K. VYSKOCIL |
| | ) |
| **Defendants.** | ) |
| | ) |

DECLARATION OF MICHAEL S. TRAYLOR, ESQ.

I, Michael S. Traylor, Esq., do hereby declare, affirm and testify as to the following in connection with this matter:

1.  I am the attorney of record for Damon Dash, Raquel Horn and Poppington, LLC.

2.  Attached hereto as Exhibit A is a true and correct copy of e-mail correspondence (and my letter) exchanged between Plaintiff's counsel and myself in advance of filing the accompanying Motion for Sanctions.

3.  Attached hereto as Exhibit B is a true and correct copy of e-mail correspondence (along with my letter and a draft of the underlying Motion for Rule 11 Sanctions) which I sent to Plaintiff's counsel in advance of filing the accompanying Motion for Sanctions.

4.  Attached hereto as Exhibit C is a true and correct copy of an article from Rolling Stone Magazine's website. Rolling Stone is a legitimate, highly-regarded publication which focuses on the music industry. I am familiar with Rolling Stone from over 30 years or work as an entertainment and media attorney.

5. All of the attachments to the motion are true and correct copies of the documents which they purport to be.

6. In connection with the response to the First Amended Complaint and the preparation of this motion, I expended 14 hours of billable legal services. I have practiced litigation in the entertainment and media and other fields for over thirty (30) years.  My hourly billing rate is $700 per hour. This is a fair and standard rate for my services based upon my expertise. This is also the rate billed to Defendants in connection with this matter. Based upon the Court's ruling, I have reduced the billable hours sought in connecttion with this motion by 5 hours. Accordingly, the value of my services for which sanctions are sought is 9 x $700 = $6,300.00.

The foregoing is true and correct and based upon my personal knowledge. If called to testify, I would competently testify to the foregoing. I make this declaration under penalty of perjury of the laws of the State of California, the State of New York and the United States of America.

Dated this __10th__ day of __Aug__ , 2020 at __Atlanta, GA__

*MAICHAEL S. TRAYLOR*
Michael S. Traylor, Esq.
Declarant

# EXHIBIT A

**TRAYLOR LAW OFFICE, P.C.**
**Michael S. Traylor, Esq.**

Via Electronic Mail
Via U.S. Mail (Registered RRR)

May 7, 2020

Christopher Brown, Esq.
Brown and Rosen, LLC
100 State St., Suite 900
Boston, MA. 02109

RE: *Monique Bunn v. Damon Dash et al.* – SDNY# 1:19-cv-11804-MKV

Mr. Brown:

I hope you and your loved ones are staying safe and are in good health.

As you know, I have been retained as legal counsel for Poppington, LLC. ("Poppington"), Damon Dash and Raquel Horn in connection with the purported claims of Monique Bunn and the above-referenced action. I have reviewed the First Amended Complaint and as I previously expressed in connection with the initial Complaint; we believe that Rule 11 Sanctions would be properly imposed against you and your client unless the pleading is withdrawn and/or amended.

This letter shall serve of my clients' notice to seek Rule 11 Sanctions against you and Ms. Bunn unless the First Amended Complaint is withdrawn and/or permissibly and properly amended. This letter, accordingly, constitutes the first attempt at resolving these matters prior to the required notice under the "safe harbor" provisions of Rule 11(c)(1)(A).

The basis for the motion include:

     1) False, improper, inaccurate and irresponsible allegations regarding jurisdiction and venue;

     2) The inclusion of improper, irrelevant and unrelated attachments to the Complaint and First Amended Complaint which are solely included to generate negative publicity about Defendant Damon Dash;

     3) The inclusion of improper, irrelevant and unrelated allegations in the Complaint aand First Amended Complaint about unrelated tax issues which are solely included to generate negative publicity about Defendant Damon Dash;

Law Office of Michael S. Traylor    8601 Lincoln Blvd. 180 Suite 525    Los Angeles, CA. 90045
(310) 401-6610 ph    (661) 296-9965 fax    (310) 567-2789 cell

TraylorLawOffice@gmail.com

1

4) The inclusion of Defendants (i.e., Ms. Horn and Poppington) which are completely improper and who could not have liability under any cognizable theory solely for the purpose of harassment; and

5)  The submission of incomplete and improper proofs of service filed in a manner designed to deceive the Court and obtain a default.

Please consider the foregoing and let me know if you will agree to withdraw and/or accordingly amend the First Amended Complaint to be in compliance.

All of my clients' rights, remedies, claims, etc. are hereby expressly reserved. Nothing contained herein or omitted herefrom should be misconstrued to constitute a waiver or relinquishment of any of the foregoing.


Very truly yours,

*Michael S. Traylor*

Michael S. Traylor, Esq.

Law Office of Michael S. Traylor          8601 Lincoln Blvd. 180 Suite 525          Los Angeles, CA. 90045
(310) 401-6610 ph                              (661) 296-9965 fax                              (310) 567-2789 cell

TraylorLawOffice@gmail.com

2

# EXHIBIT B

**Subject:**  RE: 19cv11804 (JSR) Monique Bunn v Damon Anthony Dash - Safe Harbor Notice #1 re: Rule 11 Motion

**Date:**  Thursday, May 7, 2020 at 5:44:43 PM Eastern Daylight Time

**From:**  Christopher Brown

**To:**  'Michael Traylor'

**Attachments:** image003.jpg

Michael:

I will respond to your letter in due time.  The case will not be withdrawn.

Christopher Brown, Esq.
Managing Member
Brown & Rosen LLC
Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
www.brownrosen.com

---

**From:** Michael Traylor [mailto:traylorlawoffice@gmail.com]
**Sent:** Thursday, May 7, 2020 5:15 PM
**To:** Christopher Brown <cbrown@brownrosen.com>
**Subject:** Re: 19cv11804 (JSR) Monique Bunn v Damon Anthony Dash - Safe Harbor Notice #1 re: Rule 11 Motion

Chris:

I hope you and your loved-ones are safe and well.

Please see attached. A service copy is being sent by registered mail.

Thank you,

-Michael

**Friday, May 8, 2020 at 12:13:22 PM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Re: 19cv11804 (JSR) Monique Bunn v Damon Anthony Dash - Safe Harbor Notice #1 re: Rule 11 Motion |
| **Date:** | Thursday, May 7, 2020 at 5:15:26 PM Eastern Daylight Time |
| **From:** | Michael Traylor |
| **To:** | Christopher Brown |
| **BCC:** | DMiller TraylorLaw |
| **Attachments:** | CBrownSafeHarborNotice.050620-signed.pdf, image001.jpg, image002.jpg |

Chris:

I hope you and your loved-ones are safe and well.

Please see attached. A service copy is being sent by registered mail.

Thank you,

-Michael



**_Michael S. Traylor, Esq._**

Traylor Law Office, PC
8601 Lincoln Blvd. 180
Suite 525
Los Angeles, CA. 90045

(310) 401-6610 office
(310) 567-2789 mobile
(661) 480-1200 eFax

**_TraylorLawOffice@gmail.com_**

The information contained in this e-mail message is intended only for the personal and confidential use of those named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

To ensure compliance with IRS requirements, nothing contained herein or attached hereto should be taken or used as tax advice.

# EXHIBIT C


MUSIC > MUSIC NEWS

# Damon Dash Accused of Sexual Battery in $50 Million Lawsuit

Photographer Monique Bunn alleges the Roc-A-Fella cofounder sexually assaulted her in his residence

By Althea Legaspi



*Damon Dash has been accused of sexual battery in a $50 million lawsuit.*

UPDATE (10/6): Damon Dash and Raquel Horn have responded to the $50 million lawsuit filed by photographer Monique Bunn, who alleges she was sexually assaulted by Dash in his home he and Horn share.

"This is what setting up a black man looks like five… First they come into your home then they try to rob you. When they get caught, they try to make a good guy look like a bad guy, then try to extort you," Dash said in a statement to *Rolling Stone*.

"#MeforewoMonica, this clearly a money grab," Horn added. "This is the most dis honest he has personally filed against me in a year… From what I hear the FBI should be doing their job they stand. This is what really happened… keep trying, I'm praying for all of times."

Attempts to reach Bunn's attorney, Christopher Brown, for comment were unsuccessful. Brown also represents filmmaker Josh Webber and the producers of *Dear Frank*, who are suing Dash, *TMZ* reports. Webber claims Dash began marketing the movie under the name *The List* after Webber fired Dash from the project. In November, during a deposition in relation to the suit, Dash chatted with Horn.



Sponsored Stories




American Football's Mike Kinsella Announces
New Solo LP, Drops 'A New Muse'

READ MORE

RELATED



"Well I've officially been wrapped up in the third #drinkwsodrinkmore Conspiracy," Horn said in a statement to *Rolling Stone*. "Here is the truth… I felt very violated by this woman who I let stay in my house, cook with me in my kitchen, and eat at my table. And now this?"



Damon Dash — who cofounded Roc-A-Fella Records with Jay-Z and Kareem "Biggs" Burke — has been accused of allegedly committing sexual battery in a lawsuit, *The Wrap* reports. In the $50 million lawsuit, photographer Monique Bunn claims she was sexually assaulted in Dash's residence.



According to the complaint obtained by *The Wrap*, Bunn claims she was hired for a photo shoot for Dash's fashion company, Poppington, in April. After the first day of shooting, Bunn claims she went to Dame's residence that he shares with partner Raquel Horn, where Bunn spent the night in Dash's daughter's room.

"While Bunn was sleeping, Dash approached Bunn and placed his hand on Bunn's breasts and placed hands/fingers on Bunn's buttocks. Dash did not have the permission or consent to touch Bunn's sexual organs," the complaint alleges. "Dash was wearing a robe and had no underwear on. Dash had been drinking alcohol and smoking marijuana all day."

Reps for Dash, Poppington LLC and Horn did not immediately respond to *Rolling Stone*'s request for comment.

Attempts to reach Bunn's attorney, Christopher Brown, for comment were unsuccessful. Brown told *The Wrap* in a statement: "Ms. Bunn looks forward to having a jury decide the litigation."

Per the complaint, "Bunn was able to get Dash's hands off her breasts and buttocks" and Bunn told Dash she would fight Dash. Dash then left the room where Bunn remained and she "did not come back."

Bunn also accuses Dash of lying about having a television deal with WEtv for a docuseries on the photographer's life, which the complaint alleges Dash claimed as a means to "keep Bunn silent" about the alleged assault.

Horn, Poppington LLC and Damon Dash Studios are also named in the suit, alongside Dash, whom she collectively accuses of theft by conversion and negligent emotional distress.


